UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brain Goodrich, Patricia Goodrich,
Sydney Goodrich and Savannah Goodrich,
    Plaintiffs,

   v.         CIVIL ACTION NO. 15-40030-TSH

Cimlime, Inc., and Garlock Equipment
Company, Inc.,
    Defendants,

## JUDGMENT IN A CIVIL CASE

HILLMAN, D.J.

X  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED:** That judgment be entered in favor of the plaintiff, Brian Goodrich against the defendants, Cimlime Inc., and Garlock Equipment Company, Inc., in the amount of  $6,500,000.00 plus prejudgment interest in the amount of $2,654,150.00.

   That judgment be entered in favor of the plaintiff, Patricia Goodrich against the defendants, Cimlime Inc., and Garlock Equipment Company, Inc., in the amount of $750,000.00 plus prejudgment interest in the amount of $306,250.00.

   That judgment be entered in favor of the plaintiff, Sydney Goodrich against the defendants, Cimlime Inc., and Garlock Equipment Company, Inc., in the amount of $500,000.00 plus prejudgment interest in the amount of $204,150.00.

   That judgment be entered in favor of the plaintiff, Savannah Goodrich against the defendants, Cimlime Inc., and Garlock Equipment Company, Inc., in the amount of $500,000.00 plus prejudgment interest in the amount of $204,150.00.

             ROBERT M. FARRELL, CLERK

Dated:  7/20/18         /S/ Martin Castles
              ( By )  Deputy Clerk